## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **RODNEY SALES,** | ) | CASE NO. 5:05CV2716 |
| | ) | |
| Petitioner, | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| v. | ) | |
| | ) | |
| **JULIUS WILSON, Warden,** | ) | MEMORANDUM OPINION |
| | ) | AND ORDER |
| Respondent. | ) | |
| | ) | |

This matter is before the Court upon a petition for a writ of habeas corpus filed by Rodney Sales ("Petitioner"), pursuant to 28 U.S.C. § 2254. (Dkt. # 1).

On December 13, 2005, this matter was automatically referred to Magistrate Judge James S. Gallas, pursuant to L.R. 72.2(b), for preparation of a report and recommendation (Dkt. # 4). On November 16, 2007, the Magistrate issued a report and recommendation, recommending that the Court deny the instant petition. (Dkt. # 15).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Petitioner has failed to timely file any such objections. Therefore, the Court must assume that Petitioner is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Gallas (Dkt. # 15) is hereby **ADOPTED**, and Petitioner's petition for a writ of habeas corpus is **DENIED**.

**IT IS SO ORDERED**.

<u>**/s/ Peter C. Economus – December 7, 2007**</u>
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**